UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

CASE NO.: 1:21-cv-00056-GTS-CFH

NEIL R. SHAPIRO,

      Plaintiff,

v.

DR. TIMOTHY MAGGS CHIROPRACTIC, P.C.,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff NEIL R. SHAPIRO, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: February 25, 2021

Respectfully submitted,

*/s/ Joseph A. Dunne*
JOSEPH A. DUNNE (JD0674)
joseph.dunne@sriplaw.com

**SRIPLAW**
125 Maiden Lane
Suite 5C
New York, NY 10038
929.200.8446 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Neil R. Shapiro*

IT IS SO ORDERED:

*[signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 2/26/2021
Syracuse, NY

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK